BEFORE THE THIRD DIVISION, FEBRUARY 24, 1939

No. 40688.—Protest 942716–G of Jewett & Sherman Co. (Milwaukee).

Opinion by EVANS, J. In view of the description of the merchandise as furnished by the examiner, viz, that the marjoram leaves in question had been slit up for convenience of transportation, the claim for free entry as crude vegetable substances under paragraph 1722 was sustained on the authority of *Knickerbocker* v. *United States* (T. D. 48959).

No. 40689.—Protests 926628–G (A), etc., of Balfour, Guthrie & Co., Inc., et al. (Baltimore, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 40690.—Protests 722561–G, etc., of A & P Packing Co. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 40691.—Protests 815646–G (A), etc., of San Francisco Milling Co. et al. (San Francisco, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 27, 1939

No. 40692.—Protests 646994–G, etc., of Rolland Frères, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 36548 the merchandise in question was held dutiable as follows: knit outerwear in chief value of wool at 50 cents per pound and 50 percent ad valorem under paragraph 1114, and knit outwear in chief value of silk at 60 percent under paragraph 1208.

No. 40693.—Protests 404025–G, etc., of Rohner, Gehrig Co., Inc., et al. (New York).

Opinion by TILSON, J. The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.